In the Matter of RIVEN FLAMENBAUM, Deceased. VORDERASIATISCHES MUSEUM, Respondent; HANNAH K. FLAMENBAUM, Appellant; ISRAEL FLAMENBAUM, Objectant-Respondent.

Submitted April 15, 2013; decided August 27, 2013

▬▬▬▬▬▬

Motion to strike portions of the brief of respondent Vorderasiatisches Museum denied.